

| | | |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Sumit Sud**<br>*Assistant Corporation Counsel*<br>ssud@law.nyc.gov<br>(212) 788-1096<br>(212) 788-9776 (fax) |

April 5, 2010

**BY ECF**
Honorable James Orenstein
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   Ranique Williams v. City of New York et al.
            09 CV 04703 (JBW)(JO)

Your Honor:

      I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to the above referenced matter. Defendants write to advise the Court that the parties in this matter have reached a settlement agreement, in the amount of $37,500.00, inclusive of fees and costs. A Stipulation and Order of Settlement will be forwarded to the district judge as soon has it has been executed by both parties.

      Thank you for your consideration of this request.

                              Respectfully submitted,

                              /s

                            Sumit Sud
                            Assistant Corporation Counsel

cc: Michael O. Hueston, Esq.  (by ECF)
*Attorney for plaintiff*
350 Fifth Avenue, Suite 4810
New York, New York 10118